UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY INSURANCE FUND and ) Index No.: 19-CIV-11590 (KMK)
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY ANNUITY FUND and )
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
FINISHING TRADES INSTITUTE and TRUSTEES )
OF THE INTERNATIONAL UNION OF PAINTERS )
AND ALLIED TRADES NATIONAL PENSION FUND )
and THE DISTRICT COUNCIL NO. 9 INTERNATIONAL )
UNION OF PAINTERS AND ALLIED TRADES, )
        )
                    Plaintiffs, )
        ) DEFAULT JUDGMENT
        )
    -against-  )
        )
MINELLI CONSTRUCTION CO., INC. a/k/a MINELLI )
CONSTRUCTION COMPANY, )
        )
                    Defendant. )
        )

---

This action having been commenced on December 18, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Minelli Construction Co., Inc. a/k/a Minelli Construction Company on December 19, 2019 via Secretary of State of New York and said Proof of Service having been filed with the Clerk of the Court on December 31, 2019 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiffs have judgment against defendant in the liquidated amount of Twelve Thousand Seven Hundred Forty-Three Dollars and Seven Cents ($12,743.07), which includes the following: the principal amount owed in late charges in

the sum of $9,848.07 for the period August 26, 2014 through September 2, 2014, week ending, August 25, 2015 through September 29, 2015, week ending October 20, 2015, week ending November 10, 2015 through November 17, 2015, week ending December 29, 2015 through January 5, 2016, week ending January 19, 2016, week ending September 6, 2016 through September 13, 2016, week ending October 11, 2016 through November 1, 2016, week ending November 15, 2016, week ending November 21, 2017 through November 28, 2017, week ending December 12, 2017 through January 23, 2018, week ending February 6, 2018 through April 30, 2018, week ending May 8, 2018 through June 5, 2018, week ending June 19, 2018 through June 26, 2018, week ending July 10, 2018 through August 21, 2018 and week ending January 8, 2019 through June 11, 2019; attorneys' fees in the sum of $2,430.00; plus court costs and disbursements of this action in the sum of $465.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:  White Plains, New York
        4/21/20

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.